In the Matter of JOSEPH P. WALSH, an Attorney, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See 258 App. Div. 541; ante, p. 744.] Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ELENORA M. KOCH, an Infant over the Age of 14 years, by EDWARD KOCH, Her Guardian ad Litem, and EDWARD KOCH, Individually, Respondents, v. BROAD CHANNEL BATHING PARK, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

SYLVIA KRAMER, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

SUSAN McTIGUE, Respondent, v. TILLIE LEVY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MILTON MEISELMAN, by FANNY MEISELMAN, His Guardian ad Litem, Appellant, v. CROWN HEIGHTS HOSPITAL, INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

SOPHIE MIODOWNIK, Respondent, v. HERSCHEL MIODOWNIK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS QUINN, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY ANASTASIO, Relator, v. VINCENT J. MANGANO, Sheriff of Kings County, Respondent.— Return on writ of habeas corpus. Bail reduced to $50,000, writ dismissed and relator remanded to custody. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONROE RUBENSTEIN, Relator, v. MAURICE A. FITZGERALD, Sheriff of Queens County, Respondent.— Return on writ of habeas corpus. Bail reduced to $50,000, writ dismissed and relator remanded to custody. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

FRIEDA RASMUSSEN and Another, Respondents, v. FISHKIND BUILDING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.